DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC ANDERSON,

Appellant,

v.

SARASOTA MEMORIAL HOSPITAL,

Appellee.

No. 2D23-1630

_____

January 26, 2024

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Eric Anderson, pro se.

David A. Wallace and Jennifer L. Grosso of Bentley Goodrich Kison, P.A., Sarasota, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.